**SEALED**
FILED
JUL 2 6 2013
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY \_\_\_\_\_ _mau_ \_\_\_ DEP CLK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:13mj1157

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | ORDER TO SEAL |
| ) | |
| WILLIAM FERNANDO CARPIO ) | |

Upon motion of the United States of America, and for good cause shown, it is hereby ORDERED that the following documents be sealed: (i) Government's Motion to seal Complaint, Affidavit, and Arrest Warrant; (ii) the Affidavit; (iii) the Complaint; (iv) the Arrest Warrant; (v) and this Order; except that copies be furnished to the United States Attorney for the Eastern District of North Carolina and the United States Attorney's Office provide a copy to cognizant Federal Law Enforcement Agencies conducting the investigation.

So ORDERED, this 26 day of July, 2013.

_[signature]_
UNITED STATES MAGISTRATE JUDGE
James E. Gates